UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:18-cv-22206-MGC

JUAN CARLOS GIL,

    Plaintiff,

v.

MD NOW MEDICAL CENTERS, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, and Defendant MD Now Medical Centers, Inc., hereby give notice that the Parties have reached a settlement of all claims and matters in this case. The Parties respectfully request thirty (30) days to file a stipulated form of dismissal with this Court.

Dated:  January 14, 2019.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Geoffrey D. Ringer* |
| Scott R. Dinin, Esq. (FBN 97780) | Geoffrey D. Ringer, Esq., (FBN 336416) |
| Scott R. Dinin, P.A. | Ringer, Henry, Buckley & Seacord, P.A. |
| 4200 NW 7th Avenue | 105 East Robinson Street, Suite 400 |
| Miami, Florida 33127 | Post Office Box 4922 |
| Tel: (786) 431-1333 | Orlando, Florida 32801 |
| Fax: (786) 513-7700 | Telephone: (407) 841-3800 |
| E-mail:  inbox@dininlaw.com | Facsimile: (407) 841-3855 |
| *Counsel for Plaintiff* | Email: Service-Ringer@ringerhenry.com |
| | *Counsel for Defendant* |

1